## James D. GWYN, et al., Respondents,

v.

## Lisa F. SUMMERS, Appellant.

### No. WD 75972.

Missouri Court of Appeals,
Western District.

Oct. 22, 2013.

Michael Walker, Kansas City, MO, for Appellant.

Sarah Recker, Parkville, MO, for Respondent.

Before Division Two: THOMAS H. NEWTON, P.J., KAREN KING MITCHELL, and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Ms. Lisa F. Summers appeals the trial court's judgment granting Mr. James D. Gwyn's petition for declaration of paternity, child custody, and child support.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.